```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA        | Criminal No.21-359 (PAD)
Plaintiff                       |                    (GLS)
                                |
Vs.                             |
                                |
HECTOR L. DERKES (7)            |
Defendant                       |
-------------------------------------------------------------
```

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

COMES NOW the defendant Hector L. Derkes**,** through the undersigned attorney and very respectfully STATES and PRAYS:

1. Today, the defendant filed a Motion Requesting Order (D. E. #400), under a restricted Selected Party mode.

2. The defendant very respectfully requests from the court that docket entry number 400 be restricted to the case selected participants due to the personal information of the defendant and his relatives included. The defendant's interest in the privacy of the information included in the motion outweighs the presumption of public access.

**WHEREFORE,** the defendant Hector L. Derkes very respectfully requests this Honorable Court to grant the instant motion pursuant to Standing Order No. 9.

I hereby Certify that a true and correct copy of the instant motion has been notified to AUSA Jorge L. Matos through the court's electronic filing system.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on December 28th, 2023.

**Attorney for the Defendant**

**S/ EDGAR R. VEGA**
**EDGAR R. VEGA-PABÓN, ESQ.**
**USDC-PR 200710**
**239 Arterial Hostos Ave.**
**Capital Center Building**
**South Tower, Suite 201**
**San Juan, PR 00918-1477**
**Tel. (787) 771-9056**
**Fax. (787) 771-4482**
**E-mail: edgarrvp13@gmail.com**