# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **[7] HECTOR L. DERKES,** <br><br> Defendant. | Criminal No. 21-359 (PAD) |

## MOTION TO RESTRICT

TO THE HONORABLE DISTRIC COURT:

    **COMES NOW** the United States of America, through its attorneys, and very respectfully states and prays as follows:

    1.    The United States of America respectfully requests leave to file a document under restricted access to **Selected Parties**. The undersigned asserts that the **Selected Parties** viewing restriction is necessary to maintain the privacy of certain information contained therein, and that this outweighs the presumption of public access to court documents. The only parties that can have access to the motion at ECF No. 423 are the Court, the United States, the United States Probation Officer assigned to the case, and defendant Derkes through his Attorney of Record.

    2.    In compliance with Standing Order No. 9 (Misc. No. 03-149 (ADC)), the present motion is being filed using the public viewing level.

3. Therefore, the undersigned requests leave to file the abovementioned motion to restrict access using the **Selected Parties** viewing restriction.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of this motion and that the same be granted.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of January 2024.

        **W. STEPHEN MULDROW**
        **United States Attorney**

        *s/ Jorge L. Matos*
        Jorge L. Matos
        Assistant U.S. Attorney
        G-01307
        Torre Chardón, Room 1201
        350 Carlos Chardón Ave.
        San Juan, P.R. 00918
        Tel.: (787) 766-5656
        Email: Jorge.L.Matos2@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to the attorney of record.

        *s/ Jorge L. Matos*
        Jorge L. Matos
        Assistant U.S. Attorney
        G-01307