# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **HECTOR L. DERKES [7]** <br><br> Defendant. | CRIMINAL CASE NO.: 31-**359 (PAD)** |

## MOTION TO RESTRICT

**TO THE HONORABLE COURT:**

 **COMES NOW** defendant Hector L. Derkes, through the undersigned counsel and before this Honorable Court very respectfully ALLEGES AND PRAYS:

 1. The defendant has filed a self-explanatory motion under Docket No. 635, which includes personal information concerning his wife and children.

 2. The defendant submits that the privacy of the information mentioned above outweighs the public interest and access to said information.

 3. The defendant requests very respectfully that the filed motion be kept under a Selective Parties mode pursuant to Standing Order number 9 giving access only to the United States and to the Probation Office.

 **WHEREFORE**, co-defendant Hector L. Derkes, very respectfully requests from this Honorable Court to grant the instant motion.

Respectfully submitted on this 8th day of May 2025, in San Juan, Puerto Rico.

 **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will provide access to all parties of record.

                                            **VEGA PABON LAW OFFICE, P.S.C.**
                                            **Counsel for Co-Defendant**
                                            **Hector L. Derkes**
239 Arterial Hostos Avenue
Capital Center Building
South Towers, Suite 201
San Juan, PR 00918
Tel. 787-771-9056
Fax. 787-771-4482
Email: vegapabolaw@gmail.com

 s/ Edgar R. Vega
 Edgar R. Vega Pabón
 USDC-PR No. 200710