IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br><br> v. <br><br> **[7] HECTOR L. DERKES,** <br> Defendant. | Crim. No.: 21-359 (PAD) |

## MOTION TO RESTRICT DOCKET ENTRY #645

TO THE HONORABLE COURT:

COMES NOW, the the United States Marshal Service ("USMS"), through the undersigned attorney, and respectfully states and prays as follows:

1. On May 22, 2025, the USMS, through the undersigned attorneys, filed a response to defendant's motion requesting order (the "Response"). DE #645.

2. The Response contains information regarding defendant's family that the defendant requested remain under seal. DE # 636 and 638.

3. The Court granted defendant's request to submit the Motion Requesting Order restricted to the defendant, the United States and the US Probation Office. DE #639.

4. In the interest of justice and to protect the sensitive information being discussed, the USMS submitted the Response in Opposition to defendant's Motion Requesting Order restricted for view to the defendant, the United States and the US Probation Office and requests that the Court authorize such restriction on the filing.

WHEREFORE, the United States respectfully requests that the Court take notice of the foregoing and GRANT this Motion seeking the imposition of the following viewing restrictions to the Response: *Selected Parties: United States, US Probation Office, [7] Hector L. Derkes*.

I HEREBY CERTIFY that I electronically filed the foregoing document using the CM/ECF System which will automatically send notifications of this filing to all attorneys of record.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on May 22, 2025.

    W. STEPHEN MULDROW
    United States Attorney

    *s/Dennise N. Longo-Quiñones*
    Dennise N. Longo-Quiñones
    Assistant United States Attorney
    USDC-PR No. 211408
    # 350 Carlos Chardón Ave., Suite 1201
    Hato Rey, PR 00918 / (787) 282-1928
    dennise.longo.quinones@usdoj.gov